OCTOBER 3, 1972

No. A–362.  BRIDGE v. NEW JERSEY.  Super. Ct. N. J. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.  MR. JUSTICE DOUGLAS would grant stay.